**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

JOE HAND PROMOTIONS, INC.,

    Plaintiff,

v.                                       Case No. 12-15096

CHARLOTTE J. SANABRIA, et al.,

    Defendants.
                                                /

**ORDER DISMISSING ACTION FOR FAILURE TO PROSECUTE**

This is an illegal-broadcast action brought by Joe Hand Promotions, a regular litigant that needs, at times, to be reminded to prosecute. *See, e.g., Joe Hand v. Marlow*, 12-15167 (Dkt. # 7) (E.D. Mich. 2013) (directing Joe Hand to address a failure to prosecute); *Joe Hand v. Yono*, 12-14655 (Dkt. # 6) (E.D. Mich. 2013) (same); *Joe Hand v. Molika*, 12-13449 (Dkt. # 11) (E.D. Mich. 2012) (same). The action began in November 2012. Almost nine months later, in July 2013, no service or other progress had occurred, so an order issued directing Joe Hand to show cause why the action should not be dismissed. *See* E.D. Mich. LR 41.2. Its meager response alleges "diligence," but offers no facts to substantiate the allegation. Plaintiff has done nothing of substance to prosecute since January 2013, eight months ago. Accordingly,

IT IS ORDERED that the action is DISMISSED WITHOUT PREJUDICE for failure to prosecute.

                                                  s/Robert H. Cleland
                                                  ROBERT H. CLELAND
                                                  UNITED STATES DISTRICT JUDGE

Dated: September 3, 2013

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, September 3, 2013, by electronic and/or ordinary mail.

        s/Lisa Wagner
Case Manager and Deputy Clerk
(313) 234-5522

S:\Cleland\JUDGE'S DESK\C2 ORDERS\12-15096.JOEHAND.Dismiss.ckb.wpd